UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
IN RE: LOWER MANHATTAN DISASTER SITE    :  21 MC 102 (AKH)
LITIGATION                                                      :
:
:
---------------------------------------------------------------- X
:
CARLOS R. ESPINOZA,                                  :  08-CV-2615 (AKH)
:
                                    Plaintiff,              :
:
-against-                                                          :
:
ALAN KASMAN DBA KASCO, ANN TAYLOR       :
STORES CORPORATION, BATTERY PARK            :  **FGP 90 WEST STREET,**
CITY AUTHORITY, BFP ONE LIBERTY PLAZA     :  **INC.'S NOTICE OF**
CO. LLC, BLACKMON-MOORING-STEAMATIC   :  **ADOPTION OF ANSWER TO**
CATASTROPHE, INC. D/B/A BMS CAT,               :  **MASTER COMPLAINT**
BROOKFIELD FINANCIAL PROPERTIES, INC.,   :
BROOKFIELD FINANCIAL PROPERTIES, LP,       :
BROOKFIELD PARTNERS, LP, BROOKFIELD       :
PROPERTIES CORPORATION, BROOKFIELD       :
PROPERTIES HOLDINGS, INC., ENVIROTECH   :
CLEAN AIR, INC., FGP 90 WEST STREET INC. ,  :
GENERAL RE SERVICES CORP., GPS                   :
ENVIRONMENTAL CONSULTANTS, INC.,          :
HILLMAN ENVIRONMENTAL GROUP, LLC,      :
INDOOR ENVIRONMENTAL TECHNOLOGY,     :
INC., KASCO RESTORATION SERVICES CO.,    :
KIBEL COMPANIES, MERRILL LYNCH & CO.,   :
INC., NATIONAL ASSOCIATION OF                   :
SECURITIES DEALERS, INC., NEW LIBERTY    :
PLAZA LP, NEW YORK CITY INDUSTRIAL        :
DEVELOPMENT AGENCY, NEW YORK CITY     :
INDUSTRIAL DEVELOPMENT CORPORATION, :
NOMURA HOLDING AMERICA, INC., NOMURA :
SECURITIES INTERNATIONAL, INC., ONE         :
LIBERTY PLAZA, STRUCTURE TONE (UK),        :
INC., STRUCTURE TONE GLOBAL SERVICES,   :
INC., THE BOARD OF MANAGERS OF THE ONE :
LIBERTY PLAZA CONDOMINIUM (CONDO          :
#1178), THE ONE LIBERTY PLAZA                       :

| | |
|---|---|
| CONDOMINIUM (CONDO #1178), TOSCORP INC., VERIZON NEW YORK, INC., WESTON SOLUTIONS, INC., WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY PLAZA, CO. GP, CORP., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO. L.P., WFP TOWER B CO., L.P. WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., WFP TOWER D. CO., L.P., AND WORLD FINANCIAL PROPERTIES, L.P., ET AL, | : : : : : : : : : : : : : |
| Defendants | : : |

------------------------------------------------------------  :X

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).  To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York.
      July 28, 2008

                                              By:    s/ Keara M. Gordon
                                                    Keara M. Gordon
                                                    Michael D. Hynes
                                                    DLA PIPER US LLP
                                                    1251 Avenue of the Americas
                                                    New York, New York 10020-1104
                                                    Phone: (212) 335-4500
                                                    Facsimile: (212) 335-4501
                                                    keara.gordon@dlapiper.com

                                                    Robert J. Mathias (admitted *pro hac vice*)
                                                    The Marbury Building
                                                    6225 Smith Avenue
                                                    Baltimore, MD 21209-3600
                                                    Phone: (410) 580-3000
                                                    Fax: (410) 580-3001

                                                    *Attorneys for Defendant*
                                                    *FGP 90 West Street, Inc.*